**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Eric S. McGill Jr; 19p-0152
**(Name of Plaintiff) (Inmate Number)**

Lebanon County correctional 730 East walnut Street Lebanon, Pa, 17042
**(Address)**

(2) ______________________________
**(Name of Plaintiff) (Inmate Number)**

______________________________
**(Address)**

**(Each named party must be numbered, and all names must be printed or typed)**

**vs.**

(1) Timothy L. Clements of Lebanon County Correctional facility (PA)
(2) Captain OTT, Michael Ott
(3) Robert J. Karnes
**(Names of Defendants)**

**(Each named party must be numbered, and all names must be printed or typed)**

3:19-CV-1712
**(Case Number)**

**CIVIL COMPLAINT**

FILED
SCRANTON
OCT 01 2019
PER ______ DEPUTY CLERK

**TO BE FILED UNDER:** ☑ **42 U.S.C. § 1983 - STATE OFFICIALS**
EdM ☐ **28 U.S.C. § 1331 - FEDERAL OFFICIALS**

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

______________________________

______________________________

______________________________

______________________________

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☑ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? Writing and asking the correctional facilities Captian of security, and writing grievances to Lebanon county Correction's.

2. What was the result? No actions were set forth, my Grievances were (denied.).

D. If your answer to "B" is No, explain why not:

## III. DEFENDANTS

(1) Name of first defendant: Michael L. OTT

Employed as Captain of Security at Lebanon County Correctional Facility
Mailing address: 730 East Walnut St. Lebanon Pa 17042

(2) Name of second defendant: Timothy L. Clements
Employed as ~~hhhhh~~ Deputy warden at Lebanon County Correctional Facility
Mailing address: 730 East walnut St. Lebanon Pa 17042

(3) Name of third defendant: Robert J. Karnes
Employed as Warden at Lebanon County Correctional Facility
Mailing address: 730 East walnut St. Lebanon Pa 17042

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Been in S.H.U For nine plus months for cruel an unusaul punishment and false imprioment, for not cutting my hair.

2.

3.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to be release from the SHU, and placed in Genral Popculation.

2. Im seeking ~~daman~~ punitive damanges of nine months and counting of False imprisonment

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of September 25, 2019.

Eric McHaffie
(Signature of Plaintiff)

Eric McGill Jr
730 East walnut Street
Lebanon Pa, 17042
L.C.C.F

Eric McGill Jr
730 East walnut Street
Lebanon Pa 17042
L.C.C.F

HARRISBURG PA 171
27 SEP 2019 PM 2 L
FOREVER USA
Barn Swallow

Office Of The Clerk
U.S. Middle District PA
P.O. Box 1148
Scranton, PA 18501

This address is a County Prison ... inmate. County ... responsible for debts "incurred"

RECEIVED
SCRANTON
OCT 01 2019
PER ____ DEPUTY CLERK

RECEIVED
SCRANTON
OCT 01 2019
PER ____ DEPUTY CLERK

18501-114848