UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC S. McGILL, JR., | |
| Plaintiff, | CIVIL ACTION NO. 3:19-cv-01712 |
| v. | (SAPORITO, M.J.) |
| TIMOTHY L. CLEMENTS, Deputy Warden of Operations of Lebanon County Correctional Facility, et al., | |
| Defendants. | |

## ORDER

AND NOW, this  22nd  day of January, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's demands for declaratory and injunctive relief are **DISMISSED as MOOT**;

2. The Lebanon County Defendants' Motion to Dismiss (Doc. 42) is **GRANTED in part and DENIED in part**;

3. The plaintiff's RLUIPA claims for damages against the individual defendants—Timothy L. Clements, Michael Ott, and Robert J. Karnes—in their official capacities, set forth in Count 1 of the amended complaint, are **DISMISSED as redundant**;

4. The plaintiff's RLUIPA claim for compensatory damages

against Lebanon County, set forth in Count 1 of the amended complaint, and his § 1983 claims for damages against all defendants, set forth in Counts 2 and 3 of the amended complaint, shall be permitted to proceed; and

5. The defendants shall file an answer to the amended complaint (Doc. 30) **within fourteen (14) days** after the date of this Order, pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge